JDPA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 12 AM 10:22
08 MJ 2495

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 8, U.S.C., Section 1324(a)(1)(A)(iv)-Inducing and Encouraging Illegal Alien(s) To Enter the United States |
| **Guillermo Rafael HUERTA-Oteo** ) Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about **August 11, 2008,** within the Southern District of California, defendant **Guillermo Rafael HUERTA-Oteo**, did encourage and induce an alien, namely **Irene GONZALEZ-Macias** with the intent to violate the immigration laws of the United States, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

_____
SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 12th day of **August, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

The complainant states that **Irene GONZALEZ-Macias** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 11, 2008, at approximately 4:03 a.m., **Guillermo Rafael HUERTA-Oteo (Defendant)** made application for admission into the United States from Tijuana, Mexico at the San Ysidro, California Port of Entry through vehicle entrance lane 21. Defendant was the driver of a red Buick Regal. Defendant was accompanied by a female passenger later identified as Irene GONZALEZ-Macias. Defendant presented himself for inspection before a Customs and Border Protection (CBP) Officer who was conducting primary inspections. Defendant presented a Photo altered Mexico passport with a counterfeit biographic page bearing the name of Cristian Escalera. Defendant also presented a Permanent Resident Card (I-551) bearing the name of and image of Catalina Borruel Puentes on behalf of the passenger. Defendant stated he was going to San Diego and gave the CBP Officer two negative customs declarations. The CBP Officer suspected Defendant and passenger to being impostors to the documents Defendant presented.

The passenger of the vehicle was determined to be a citizen of Mexico with no entitlements to enter the United States. The passenger was held as a material witness and is now identified as **Irene GONZALEZ-Macias.**

Defendant was admonished of his Miranda Rights and elected to submit to questioning without benefit of counsel. Defendant was interviewed and the following videotaped declaration was obtained: Defendant admitted he had prior knowledge the passenger had no legal documents to come into the United States. Defendant stated he was going to be charged $2,500.00 USD to be smuggled into the United States. Defendant stated he agreed to drive the vehicle and receive a $1,000.00 USD discount to smuggle the Material Witness into the United States.

Material witness was interviewed and a videotaped statement was obtained with the following declarations: Material witness declared being citizens of Mexico with no rights to enter the United States. Material witness stated she met the Defendant at the house she was being kept at in Mexico and Defendant told her they were leaving. Material witness agreed to pay a smuggling fee of $4,400.00 USD to be smuggled into the United States, payable upon her arrival in the country. Material witness stated she was traveling to Oxnard, California to continue residing.