UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff  )<br>)<br>)<br>vs.  )<br>)<br>GUILLERMO RAFAEL HUERTA-OTEO )<br>)<br>)<br>Defendant(s)  )<br>)  | PLEASE RECEIPT AND RETURN<br><br>CRIMINAL NO. 06 MJ 2495<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Anthony J. Battaglia**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted)/ Case Disposed / Order of Court).

IRENE GONZALEZ-MACIAS

DATED: 8/14/08

---

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____  
Deputy Clerk

B. LLOYD