

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2843-DMS |
| Plaintiff, | INFORMATION |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(iv) and (v)(II) - Inducing and Encouraging Illegal Aliens to Enter the United States and Aiding and Abetting |
| GUILLERMO RAFAEL HUERTA-OTEO, | |
| Defendant. | |

The United States Attorney charges:

On or about August 11, 2008, within the Southern District of California, defendant GUILLERMO RAFAEL HUERTA-OTEO, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Irene Gonzalez-Macias, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: 8-26-2008.

KAREN P. HEWITT
United States Attorney

SABRINA L. FEVE
Assistant U.S. Attorney

SLF:es:San Diego
8/14/08